UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THERESA COSPER                                          CIVIL ACTION

versus                                                  NO: 11-609-SS

ELMWOOD VETERINARY
SERVICES, LLC d/b/a
BANFIELD THE PET HOSPITAL

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

The parties and counsel are thanked for their cooperation in amicably resolving this matter.

New Orleans, Louisiana, this 13TH day of February, 2012.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE